KOLEYJESSEN.COM

KOLEY JESSEN P.C., L.L.O.
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

*PHONE.* 402.390.9500
*FAX.* 402.390.9005

KOLEY■JESSEN

August 9, 2024 

**VIA ECF AND ELECTRONIC MAIL  TO: Failla_NYSDChambers@nysd.uscourts.gov**

The Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
(212) 805-029

Re:   Joint Letter-Motion for Extension  of the Order of Discontinuance (Dkt. #24)
       *Intentsify, LLC v. Intentify Demand, Inc., et al.* (CASE NO. 1:24-CV-02101)

Dear Judge Failla:

The Parties now jointly move that the Court extend the current terms of the Order of Discontinuance (Dkt. # 24) by thirty (30) days and extend the deadline for the parties to file their own Stipulation of Settlement and Dismissal for the Court to enter from August 14, 2024, to September 16, 2024.

As grounds, the Parties state that they are currently discussing issues related to the dismissal of this action pursuant to the terms of their settlement agreement but do not have sufficient time to complete these discussions before August 14, 2024, due to counsel's previously scheduled vacation plans. The Parties anticipate that they will be able to complete these discussions by September 16, 2024.

Wherefore, the Parties respectfully request that the Court grant this Motion for Extension of the Order of Discontinuance. Thank you.

Respectfully Submitted,

*/s/ Addison K. Schneider*
John V. Matson, #25278, (*Admitted Pro Hac Vice*)
Addison K. Schneider, #27928 (*Admitted Pro Hac Vice*)
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800 1125 South 103rd Street Omaha, NE 68124
(402) 390 9500
(402) 390 9005 (facsimile)
John.Matson@koleyjessen.com
Addison.Schneider@koleyjessen.com
*Attorneys for Plaintiff.*


*/s/ Andrew R. Dennington*
Andrew R. Dennington, #666892 (*Pro Hac Vice Forthcoming*)
Conn Kavanaugh Rosenthal & Ford, LLP
One Federal Street, 15th Floor
Boston, MA 02110
(617) 348 -8298
adennington@connkavanaugh.com
*Attorneys for Defendants.*


cc: John V. Matson


Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 26.

Dated:   August 9, 2024          SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2